Order entered November 13 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00881-CR

### RONALD LYNN COX, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 4
Dallas County, Texas
Trial Court Cause No. MB10-25500-E

## ORDER

The Court **REINSTATES** the appeal.

On October 10, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent for purposes of the appeal; (3) the Dallas County Public Defender's Office has been appointed to represent appellant; and (4) appellant should be given until December 10, 2012 to file his brief.

We **DIRECT** the Clerk to substitute the Nanette Hendrickson of the Dallas County Public Defender's Office as appellant's appointed counsel in place of Noemi Collie.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

DAVID L. BRIDGES
JUSTICE